```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK J. MCKEON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7
```

**FILED**
JUN 18 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the SEARCH of:<br><br>The following account at Yahoo! Inc., Custodian of Records Legal Compliance Team, 701 First Avenue, Sunnyvale, California 94089<br><br>SHANEYOUNG1989@YAHOO.COM<br>SHANEYOUNG87@YAHOO.COM | CASE NO. 1:13-SW-00115 GSA<br><br>ORDER TO UNSEAL AFFIDAVIT AND SEARCH WARRANT |

IT IS HEREBY ORDERED that the Affidavit and Search Warrant be unsealed and made public record.

Dated: June 18, 2015

_____
BARBARA A. MCAULIFFE
U.S. Magistrate Judge

TYPE PLEADING NAME                    2